PROB 12C
(6/16)

Report Date: April 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lucas Dahn Byrne     Case Number: 0980 4:22CR06010-SAB-1

Address of Offender: ███████████, Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Anna J. Brown, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 17, 2018

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 57 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | To Be Assigned | Date Supervision Commenced: | April 13, 2021 |
| Defense Attorney: | To be Assigned | Date Supervision Expires: | April 12, 2026 |

---

### PETITIONING THE COURT

To issue a summons.

On April 13, 2021, Lucas Dahn Byrne released from the Bureau of Prisons and commenced his term of supervised release. On this same date, Mr. Byrne reported to the probation office and all his conditions of supervised release were reviewed with him. He verbally acknowledged an understanding of his requirements, signed his conditions, and was provided a copy.

On February 4, 2022, Mr. Byrne was referred to Merit Resource Services (Merit), for random drug testing. He was instructed to call the color line Monday through Friday and report when the color gold was called.

Mr. Byrne was originally sentenced in U.S. District Court in the District of Oregon. A transfer of jurisdiction was completed on March 3, 2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods. |
| | **Supporting Evidence**: Lucas Byrne is considered to be in violation of his term of supervised release by using an illegal controlled substance, marijuana, on or about March 1, 2022. |

**Prob12C**
**Re: Byrne, Lucas Dahn**
**April 7, 2022**
**Page 2**

On March 1, 2022, Mr. Byrne submitted to a random drug test at Merit. The sample was presumptive positive for marijuana and sent the national testing laboratory for confirmation. The specimen was confirmed positive for marijuana on March 4, 2022.  It was also noted the specimen was diluted.

2          **Special Condition # 4**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods.

**Supporting Evidence**: Lucas Byrne is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about March 15, 18, and 28, 2022; and April 4, 2022.

On March 15, 2022, the color gold was called on the Merit color line. Mr. Byrne failed to report for drug testing and did not contact his supervising probation officer to advise of the missed drug test. On March 16, 2022, his supervising probation officer received notification of the missed drug test and attempted to contact Mr. Byrne by phone; however, he did not answer and his voice mail box was not set up. A text message was sent to Mr. Byrne, and he advised he had just turned on his phone and asked if he could report to Merit on March 18, 2022, as he had a follow-up assessment appointment on that date at 12:30 p.m.

His supervising officer contacted Mr. Byrne on March 18, 2022, to remind him of his appointment with Merit and his requirement to submit a drug test that same day.  Mr. Byrne indicated he was at work, but would be at his appointment.  Mr. Byrne failed to report to Merit on March 18, 2022, for his assessment appointment and  also failed to submit a drug test that day, despite being reminded of both requirements and indicating he would be there.

On March 28, 2022, the color gold was called on the Merit color line. Mr. Byrne failed to report for drug testing and did not contact his supervising probation officer to advise of the missed drug test.  On April 1, 2022, the probation office received notification from Merit advising of the missed drug test.  The undersigned officer called the defendant and he stated he called, but did not hear his color mentioned.  He was instructed to report this same date to submit a drug test; however, he indicated he could not get to the office as he was helping his sister move.  Mr. Byrne was then instructed to report to the probation office on Monday, April 4, 2022, for the drug test.

On April 4, 2022, the undersigned officer attempted to call Mr. Byrne to remind him to report to the office. He did not answer and his voice mail box was not set up. A text message was sent at 9:37 a.m., reminding him to report to the office by 2 p.m.  He failed to report as instructed and sent a response text at 2:45 p.m., advising he was at work and did not have his phone with him.  He also stated he thought he was supposed to report to Merit on this date; however, he could not get off work and did not have his car.

Prob12C
**Re: Byrne, Lucas Dahn**
**April 7, 2022**
**Page 3**

3          **Special Condition # 4**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods.

**Supporting Evidence**: Lucas Byrne is considered to be in violation of his term of supervised release by using an illegal controlled substance, marijuana, on or about April 6, 2022.

After Mr. Byrne failed to report for his drug test on April 4, 2022, he was given specific instructions to report to the probation office on April 6, 2022, at noon to submit a drug test. Mr. Byrne reported late to the probation office at about 1 p.m., after the undersigned officer had to contact him about missing his appointment.  He admitted to this officer he had been using marijuana for the past week.  His drug test was also presumptive positive for methamphetamine; however, he denied use of methamphetamine, and the sample was sent to the national testing laboratory for confirmation, which is pending.

4          **Special Condition # 3**: You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.

**Supporting Evidence**: Lucas Byrne is considered to be in violation of his term of supervised release by failing to participate in a substance abuse treatment from on or about March 18 to March 25, 2022.

Mr. Byrne had positive drug tests in February 2022, and a no action report was completed by U.S. Probation in the District of Oregon prior to the transfer of jurisdiction to the Eastern District of Washington. As part of the no action report, Mr. Byrne was instructed to complete a substance abuse evaluation by March 1, 2022.  Mr. Byrne completed the initial assessment on March 1, 2022, at Merit, and was required to attend a follow-up appointment to complete his assessment on March 18, 2022. Mr. Byrnes failed to attend this appointment, despite being reminded of the appointment that same day by his supervising probation officer.  A second appointment was set at Merit for March 25, 2022, which Mr. Byrne failed to attend.  U.S. Probation received notification from Merit about this no show on April 5, 2022.  The undersigned officer contacted Merit on April 6, 2022, and was advised Mr. Byrne had not reschedule any further appointments with Merit.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 7, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C
**Re: Byrne, Lucas Dahn**
**April 7, 2022**
**Page 4**

_____

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

_____4/7/2022_____

Date