PROB 12C
(6/16)

Report Date: February 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lucas Dahn Byrne                              Case Number: 0980 4:22CR06010-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮, Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Anna J. Brown, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 17, 2018

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 57 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 19, 2023) | Prison-credit for time served:<br>(50 days)<br>TSR - 55 months | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: December 19, 2023 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: July 18, 2028 |

## PETITIONING THE COURT

To issue a summons.

On December 19, 2023, Mr. Byrne began his current term of supervised release. On December 26, 2023, all the conditions of supervised release were reviewed with Mr. Byrne. He signed his conditions, and was provided with a copy. It should be noted, the conditions of supervised release reviewed with Mr. Byrne are the exact same conditions previously reviewed with the defendant during the original term of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by failing to obey all laws by having committed the offense of shoplifting on or about December 24, 2023.<br><br>On December 24, 2023, Wal-Mart Loss Prevention staff from the store in Pasco, Washington, contacted Pasco Police Department (PPD) officers to report the defendant, along with a female later identified as his girlfriend, Julia Marcelo, had been inside the store |

Prob12C
Re: Byrne, Lucas Dahn
February 8, 2024
Page 2

        earlier that same day, placed items inside the shopping cart, then proceeded to exit the store without paying for the merchandise, and they were both back inside the store. PPD officers responded and made contact with the defendant and Ms. Marcelo. Mr. Byrne was charged with shoplifting and was cited and released, Pasco Municipal case number 3A0854334.

        On February 5, 2024, Mr. Byrne was sentenced in Pasco Municipal Court to the offense of shoplifting, after having pled guilty. He was sentenced to 364 days in jail with 360 days suspended, 12 months of supervision, and ordered to complete 32 hours of work crew.

2        **Standard Condition # 9**: If you are arrested or have any official contact with a law enforcement officer in a civil or criminal investigative capacity, you must notify the probation officer within 72 hours.

        **Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by failing to report law enforcement contact to the probation officer within 72 hours as required, on or before December 27, 2023.

        On December 24, 2023, Mr. Byrne was contacted, questioned, and issued a criminal citation by a PPD Officer for shoplifting, as noted above. Mr. Byrne failed to report this police contact to the probation officer within 72 hours as required by December 27, 2023. During a later conversation, Mr. Byrne admitted to the undersigned officer he did not report this police contact when asked.

3        **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

        **Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by failing to report a change in address in advance to the probation officer as required, on or before February 5, 2024.

        On February 1, 2024, the undersigned officer went to the defendant's last reported address of 2021 Mayham Avenue, space I-3, Richland, Washington. This random home check was unsuccessful. This officer made telephonic contact with Mr. Byrne, who confirmed this officer was at the right location, and reported he was not home as he was on his way to work.

        On February 5, 2025, this officer returned to this same address in efforts to complete a random home visit and made contact with a male, who identified himself as a resident of this address and the defendant's girlfriend's brother. He reported Mr. Byrne had not been living at this residence for the past 2 weeks. On this same date, this officer made telephonic contact with Mr. Byrne and questioned him about his living arrangements, which he admitted he forgot to report this change to this officer. Mr. Byrne reported in-person to the probation office the following day as instructed and provided his current address as being 4208 West Pearl Street, Pasco, Washington.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Byrne, Lucas Dahn**
**February 8, 2024**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 8, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[  ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

2/8/2024

Date