PROB 12C
(6/16)

Report Date: May 21, 2025

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2025

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Lucas Dahn Byrne                           Case Number: 0980 4:22CR06010-SAB-1

Address of Offender: ███████████  Grandview, Washington 98930

Name of Sentencing Judicial Officer: The Honorable Anna J. Brown, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 17, 2018

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 57 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 19, 2023) | Prison-Time Served (50 days)<br>TSR-55 months | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: December 19, 2023 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: July 18, 2028 |

---

### PETITIONING THE COURT

To issue a warrant.

On December 26, 2023, all the conditions of supervised release were reviewed with Mr. Byrne. He signed his conditions, and was provided with a copy. It should be noted, the conditions of supervised release reviewed with Mr. Byrne are the exact same conditions previously reviewed with the defendant during the original term of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by failing to obey all laws by having committed the offense of obstructing a law enforcement officer, on or about May 11, 2025.<br><br>According to the Washington State Patrol Report of Investigation for case number 25-009144: On May 11, 2025, Washington State Trooper Jorge O. Meraz was conducting patrol in Grandview, Washington, in Yakima County, on Pavement Road and Puterbaugh |

Prob12C
Re: Byrne, Lucas Dahn
May 21, 2025
Page 2

Road when the trooper observed a black motorcycle that from a distance appeared to not have a rear license plate. The trooper got closer to the motorcycle and observed the license plate facing downwards but was unreadable from the closer distance. The driver, which was later identified as the defendant, on the motorcycle began to accelerate. The trooper then activated the emergency lights and siren to signal the driver to stop; however, the driver did not stop and continued fleeing from the trooper.

The motorcycle was later located laying on its left side in the grass along a dirt road. The driver was not located. Grandview Police Department was contacted for further assistance. An orchard worker near this area approached the trooper and advised the defendant ran into the orchard. A Grandview Police Department officer located and arrested the defendant, who was identified by his Washington State drivers license. Mr. Byrne told the trooper he fled because this was not his motorcycle and he wanted to go for a ride. A folded $1 dollar bill was located in the defendant's possession which had a white powder residue in the middle of the dollar bill. Mr. Byrne admitted to the trooper the white powder was cocaine.

Mr. Byrne was arrested and charged with obstruction of a law enforcement officer and controlled substance possession, Yakima County District Court case number 5A0398404. This matter is pending.

2   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

   **Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by failing to obey all laws by having committed the offense of controlled substance known possess, on or about May 11, 2025.

   See the violation number 1 summary.

3   **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

   **Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by possessing a controlled substance, cocaine, on or about May 11, 2025.

   See the violation number 1 summary.

4   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by having consumed a controlled substance, cocaine, on or about May 4, 2025.

   According to the Washington State Patrol Report of Investigation for case number 25-009144: Mr. Byrne admitted to the Washington State Trooper, Jorge O. Meraz, to having used cocaine about a week prior to the arrest mentioned in the above violation, being on or about May 4, 2025.

Prob12C
**Re: Byrne, Lucas Dahn**
May 21, 2025
Page 3

| | |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by having consumed a controlled substance, cocaine, on or about May 10, 2025.

On May 14, 2025, during a telephone contact, Mr. Byrne admitted to the undersigned officer to having used cocaine on or about May 10, 2025.

| | |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Byrne is considered to be in violation of his term of supervised release by having consumed a controlled substance, marijuana, on or between May 1 and 10, 2025.

On May 20, 2025, during an office visit, Mr. Byrne was instructed to complete a drug test which he completed. The onsite test results were presumptive positive for marijuana. Initially, after being confronted with the onsite test results, Mr. Byrne admitted to having used marijuana on one occasion at the beginning of May. After further questioning, Mr. Byrne admitted to the undersigned officer to having used marijuana on a daily basis from May 1 to 10, 2025.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 21, 2025

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Byrne, Lucas Dahn**
**May 21, 2025**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

5/22/2025
Date